COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

# NOT DESIGNATED FOR PUBLICATION

David L. Wallace
Attorney at Law
P. O. Box 489
DeRidder LA 70634

Jodi C. Andrews
Attorney at Law
518 North Pine Street
DeRidder LA 70634

**REHEARING ACTION: June 27, 2012**

**Docket Number: 12   00512-KW**

**STATE OF LOUISIANA**
**VERSUS**
**BILLY J. WELDON**

**Writ Application from Beauregard Parish Case No. 896-2009**

**BEFORE JUDGES:**

   **Hon. Sylvia R. Cooks**
   **Hon. Jimmie C. Peters**
   **Hon. Marc T. Amy**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Billy J. Weldon** has this day been

   **GRANTED.**  Upon the showing made, Defendant has proved the return
   date was extended to April 23, 2012; thus, the application was timely filed
   and will be considered by this court.

cc: Hon. David W. Burton, Counsel for  the Respondent
    Richard Frederick Blankenship, Counsel for  the Respondent